IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY PODELL, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-1025 |
| LLOYD J. AUSTIN, III, et al., ) | |
| Defendants. ) | |
| ) | |

## ORDER

This employment dispute was transferred to this District from the Eastern District of Pennsylvania. Prior to transfer, Defendants filed a Motion to Transfer Venue and for Partial Dismissal of Plaintiff's claims pursuant to Rule 12(b)(6), Fed. R. Civ. P. Because venue in the Eastern District of Pennsylvania was improper, the Memorandum Opinion requiring transfer did not reach the other arguments raised in defendants' motion to dismiss.

Accordingly,

It is hereby **ORDERED** that defendants are **DIRECTED** to file a renewed motion to dismiss or other responsive pleading on or before **Thursday, August 17, 2023 at 5:00 p.m.**

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 3, 2023

/s/
T. S. Ellis, III
United States District Judge