**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JEFFREY PODELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-1025-TSE-JFA |
| ) | |
| LLOYD J. AUSTIN, Secretary of Defense, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Lloyd J. Austin, Secretary of Defense, *et al.*, through undersigned counsel, hereby respectfully submit this Motion for to Dismiss for Failure to State a Claim, the grounds for which are specified in the accompanying memorandum of law.

Dated: August 17, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: _____/s/_____
ROBERT C. PICKREN
ELIZABETH A. SPAVINS
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3745/85
Fax:   (703) 299-3983
Email: lizzie.spavins@usdoj.gov
       cooper.pickren@usdoj.gov

*Counsel for Defendants*