**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JEFFREY PODELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-1025-TSE-JFA |
| | ) | |
| | ) | |
| LLOYD J. AUSTIN, Secretary of Defense, *et al.*, | ) | Hon. T.S. Ellis, III |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE

The Court issued an Order on December 11, 2023, directing the parties to file a *joint* notice on the docket no later than 12:00 p.m. on Friday, December 22, 2023, to inform the Court of the status of settlement negotiations and state any other information relevant to prompt resolution of this case.

The matter has been settled, and a Settlement Agreement and Release has been signed by all parties.

Respectfully submitted,

RIEDERS, TRAVIS, DOHRMANN,
MOWREY, HUMPHREY & WATERS

By: /s/ Clifford A. Rieders, Esq.
PA Attorney ID #20962
Counsel for Plaintiff Admitted *Pro Hac Vice*
161 West 3rd Street
Williamsport, PA 17701
(P) 570-323-8711 (F) 570-323-8711
Email: crieders@riederstravis.com

KAISERDILLON, PLLC


/s/ Justin Dillon, Esquire
Justin Dillon, Esquire
Local Counsel for Plaintiff
Va. Bar No.: 48233
1099 14th St. NW
8th Floor West
Washington, DC 20005
(202) 640-4427
jdillon@kaiserdillon


JESSICA D. ABER
UNITED STATES ATTORNEY

By:            /s/
ROBERT C. PICKREN
ELIZABETH A. SPAVINS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745/85
Fax: (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendant*