# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JEFFREY PODELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-1025-TSE-JFA |
| LLOYD J. AUSTIN, Secretary of Defense, *et al.*, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above captioned action be dismissed with prejudice.

Dated: January 8, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

/s/
RIEDERS, TRAVIS, DOHRMANN,
MOWREY, HUMPHREY & WATERS
By: /s/ Clifford A. Rieders, Esq. (*pro hac vice*)
PA Attorney ID #20962
Counsel for Plaintiff Admitted Pro Hac Vice
161 West 3rd Street
Williamsport, PA 17701
(P) 570-323-8711 (F) 570-323-8711
Email: crieders@rierderstravis.com

Justin Dillon
Dillon PLLC
1717 K Street NW
Suite 900
Washington, DC 20006
W: (202) 787-5872
jdillon@dillonpllc.com
*Counsel for Plaintiff*

/s/
ROBERT C. PICKREN
ELIZABETH A. SPAVINS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3745/85
Fax:   (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*